UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324 PENSION FUND, et al.,

    Plaintiffs,

v.

M-K CONSTRUCTION CO., INC., et al.,

    Defendants.

Case No. 25-cv-11077

Honorable Robert J. White

## ORDER DENYING DEFENDANTS' EMERGENCY MOTION

Before the Court is Defendants' emergency motion to stay the case and order the parties to participate in a settlement conference. (ECF No. 21). Defendants assert that such relief is warranted because the parties' independent settlement discussions to date have produced agreement on all material terms, with only "ancillary terms" left unresolved. (ECF No. 21, PageID.76-77). But Plaintiffs dispute this characterization, countering that (1) the remaining terms are material and (2) a settlement conference would be ineffective and a waste of resources since Defendants already rejected Plaintiffs' maximum, final settlement offer. (ECF No. 24).

Under these circumstances, the Court declines to order a settlement conference, particularly where Plaintiffs are adamantly opposed and make clear (in both their response and as evidenced from the email exchanges attached to Defendants' motion) that further settlement discussions will not change their final offer on the outstanding terms. The Court, having denied the request to order a settlement conference, also concludes that a stay is unwarranted. Accordingly, the Court denies Defendants' motion.

* * *

For the reasons given, the Court **ORDERS** that Defendants' emergency motion (ECF No. 21) is **DENIED**.

Dated: January 28, 2026                              s/Robert J. White
                                                     Robert J. White
                                                     United States District Judge